EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: Carlos A. Oliver Rivera | 2016 TSPR 237 196 DPR ____ |

Número del Caso: TS-8,816

Fecha: 29 de noviembre de 2016

Abogado del Peticionario:

Por derecho propio

Materia: Readmisión al ejercicio de la abogacía y la notaría.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Carlos A. Oliver Rivera                    TS-8816

RESOLUCIÓN

En San Juan, Puerto Rico, a 29 de noviembre de 2016.

Examinada la *Solicitud de Readmisión al Ejercicio de la Abogacía y la Notaría* presentada por el Sr. Carlos A. Oliver Rivera, se autoriza la reinstalación del señor Oliver Rivera al ejercicio de la abogacía.

En cuanto a la solicitud de readmisión a la notaría, se le concede un término de 15 días a la Oficina de Inspección de Notarías para que se exprese en cuanto a la misma y nos informe sobre el estado de la obra notarial del señor Oliver Rivera.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo Interina.

Sonnya Isabel Ramos Zeno
Secretaria del Tribunal Supremo Interina